IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOTOROLA MOBILITY LLC,

    Plaintiff,

  v.

APPLE, INC.,

    Defendant.

ORACLE CORPORATION,

    Third-party.

No. C 14-80130 WHA

**ORDER RE STIPULATION TO RESCHEDULE HEARING AND BRIEFING SCHEDULE**

    In this miscellaneous action, Motorola Mobility LLC filed a motion to compel third-party Oracle Corporation to produce documents and deposition testimony, noticed for a hearing on Tuesday June 10. On May 16, the parties filed a stipulation to continue the hearing to Thursday July 10 because "counsel for Motorola and Oracle intend to make additional efforts to resolve the discovery dispute in light of discovery of Apple that is going on in the underlying Florida case" (Dkt. No. 5).

    On May 16, Motorola and Apple filed stipulations of dismissal in Florida. *Motorola Mobility LLC v. Apple Inc.*, No. 1:10-cv-23580-RNS (S.D. Fl. May 16, 2014) (Dkt. No. 388); *Motorola Mobility LLC v. Apple Inc.*, No. 1:12-cv-20271-RNS (S.D. Fl. May 16, 2014) (Dkt. No. 373). By **NOON ON MAY 23**, the parties should please file a statement regarding whether this action is mooted by the dismissals in Florida.

    **IT IS SO ORDERED.**

Dated: May 19, 2014.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE